

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00283-CR

## EX PARTE DAVID DUANE DUNIGAN

**From the 40th District Court
Ellis County, Texas
Trial Court No. 32765**

## MEMORANDUM OPINION

On September 8, 2014, we received a document entitled "Motion for Erroneous Judgment/Voidable Judgment" related to an earlier appeal styled *Dunigan v. State* and docketed as 10-10-00043-CR. The motion attacks the validity of this Court's prior opinion and judgment affirming the trial court's judgment which, according to the motion, stacked the sentence in the trial court's judgment on a previous conviction, cause number 14160 from Lamar County for burglary of a habitation for which Dunigan was on parole and had not been revoked at the time of the stacking order. Dunigan asserts he is suffering adverse consequences in his parole review and housing due to this allegedly improper stacking order.

The conviction in 10-10-00043-CR is final. Our mandate issued February 6, 2012. Based on the nature of the relief requested, we have determined Dunigan's current request to be a request for post-conviction relief, a petition for writ of habeas corpus under article 11.07. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2005). We have no jurisdiction to grant post-conviction relief in an attack on a final felony judgment. *See id*. art 11.05. Accordingly, we dismiss this proceeding for lack of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
　　　Justice Davis, and
　　　Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 25, 2014
Do not publish
[CR25]

